IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>APPROXIMATELY £22 MILLION IN )<br>BRITISH POUNDS REPRESENTING THE )<br>VALUE OF 4,000,000 SHARES OF )<br>COMMON STOCK IN CARACAL )<br>ENERGY INC., FORMERLY GRIFFITHS )<br>ENERGY INTERNATIONAL INC., ON )<br>DEPOSIT AT THE ROYAL BANK OF )<br>SCOTLAND IN LONDON, UNITED )<br>KINGDOM IN ACCOUNT NUMBER )<br>10008114, AT SORT CODE 16-08-82, AND )<br>ALL ASSETS TRACEABLE THERETO, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>1:15-cv-01018 (RJL) |

### CLAIM OF IKRAM MAHAMAT SALEH

I, Ikram Mahamat Saleh, hereby claim an interest in the Third Defendant Asset, as defined in the Complaint:

> Approximately £4.4 million in British pounds representing the value of 800,000 shares of common stock of Caracal Energy Inc., formerly Griffiths Energy International Inc., issued in certificate number CS-9 in the name of Ikram Mahamat Saleh on deposit at the Royal Bank of Scotland in London, United Kingdom in account number 10008114, at sort code 16-08-82, and all assets traceable thereto, including any accrued interest (the "Third Defendant Asset").

I am the owner of this property. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2015

_____
Ikram Mahamat Saleh



## CERTIFICATE OF SERVICE

I certify that on August 14, 2015, I cause a copy of this Claim to be served by mail upon:

Steven C. Parker
Trial Attorney
Asset Forfeiture and Money Laundering Section
Criminal Division, U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
United States of America

_____
Ikram Mahamat Saleh